Metropolitan Casualty Insurance Company of New York, appellee, v. T. B. Luhman, appellant. Gen. No. 8,444.

Opinion filed July 29, 1932.
Hinchcliff, Miller & Thomas, for appellant. North, Linscott, Gibboney & North, for appellee.
Mr. Justice Jett delivered the opinion of the court.